USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GONZALEZ,

                Plaintiff,

    v.

LIZZIE GRUBMAN PUBLIC RELATIONS, INC., et al.,

                Defendants.

11 Civ. 3965 (LBS) (JCF)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

SAND, J.

    The above entitled action is referred to Magistrate Judge James C. Francis IV for settlement purposes. We leave it to Judge Francis's discretion to decide whether to suspend any and all interim deadlines, including deadlines governing the submission of motions *in limine* and voir dire requests.

    SO ORDERED.

Dated: New York, NY
         August 14, 2012

*Leonard B. Sand*
_____
U.S.D.J.